UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNAN OROZCO, | Case No. CV 08-5504 AHM (CT) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| NORM KRAMER, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation. The court concurs with and adopts the findings, conclusions, and recommendations of the magistrate judge.

IT IS ORDERED that judgment be entered denying the petition for writ of habeas corpus and dismissing this action without prejudice.

DATED: May 8, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE