UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNAN OROZCO,<br><br>            Petitioner,<br><br>      v.<br><br>NORM KRAMER, Warden,<br><br>            Respondent. | Case No. CV 08-5504 AHM (CT)<br><br>**J U D G M E N T** |

   In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed without prejudice.

DATED: May 8, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE